UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __21-mj-03436 Goodman__

UNITED STATES OF AMERICA

v.

ALESSIO CODA,

**Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  __ Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? ___ Yes  _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? __ Yes  _X_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _/s/ T. M. Mathis_
TIERREL M. MATHIS
Assistant United States Attorney
Special Bar ID#: A5502635
Fla. Bar No. 111642
99 Northeast 4th Street, Suite 600
Miami, FL. 33132-2111
Tel: (305) 961-9275
Fax: (305) 536-4699
Tierrel.Mathis@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Alessio Coda,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 21-mj-03436 Goodman<br>)<br>)<br>) |

**CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 16, 2021__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1708 | Theft or Receipt of Stolen Mail. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

P/I Miguel Rivera, U.S. Postal Inspection Service
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by **FaceTime**.

Date: 07/16/2021

_____
*Judge's signature*

City and state:   Miami, Florida          Jonathan Goodman, United States Magistrate Judge
*Printed name and title*

# **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Miguel A. Rivera-Cuadrado, being duly sworn, depose and state the following:

1. I am employed as a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since September 2019. I am currently assigned to the Miami Division of the USPIS, specifically, to the Mail Theft/Violent & Economic Crimes Team. As a Postal Inspector, I investigate crimes involving the United States Postal Service ("USPS"), including theft of mail and assaults against USPS employees.

2. This Affidavit is submitted in support of a criminal complaint against Alessio Coda ("CODA"). As explained below, I respectfully submit that there is probable cause to believe that, on or about July 16, 2021, in the Southern District of Florida, CODA unlawfully possessed any letter and mail, and any article and thing contained therein, which had been stolen, taken, and abstracted from and out of any letter box, mail receptacle, and other authorized depository for mail matter, knowing the same to have been stolen, taken, and abstracted from and out of an authorized depository for mail matter, in violation of Title 18, United States Code, Section 1708 (Theft or receipt of stolen mail matter generally).

3. The statements contained in this Affidavit are based upon my personal knowledge as well as documents provided to me in my official capacity, investigation, information provided by sworn law enforcement officers; my review of the documents and records related to this investigation; communication with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience as a Postal Inspector. Since this Affidavit is being submitted for the limited purpose of securing a

criminal complaint, I have not included each and every fact known to me concerning this investigation.

## **PROBABLE CAUSE**

4. On or about July 16, 2021, a homeowner ("the WITNESS"), who resides on N.W. 6th Street, Miami, Florida, called 911 and reported that he observed (via a Ring Camera) a person, later identified as CODA, attempting to steal mail from his residential mailbox. The Ring Camera depicts CODA walk to the residential mailbox and then open and close the mailbox. CODA is seen wearing a backpack and has a bag hanging from his arm.

5. The WITNESS approached CODA who immediately dropped the bag that hung from his arm. The WITNESS kept a look-out of the direction that CODA walked towards until law enforcement arrived. The WITNESS provided law enforcement with a description, a general location of where CODA went, and a copy of the Ring Camera video.

6. Law enforcement made contact with CODA and detained him until the WITNESS arrived to identify whether CODA was the person who opened his residential mailbox looking for mail. Law enforcement conducted a show up, and the WITNESS positively identified CODA as the person he saw on the Ring Camera, the person he confronted, and who dropped the bag of mail.

7. In a recorded post-*Miranda* interview, CODA waived his *Miranda* rights and agreed to freely speak with law enforcement without an attorney present. CODA admitted to stealing mail from residential mailboxes in Dade County and other surrounding areas. CODA stated he was going to be paid $80.00 USD for providing an unknown person a bag of mail. CODA said the unknown person was going to use the stolen information to do bank fraud.

## CONCLUSION

8. Based on the above facts, I submit that there is probable cause to believe that CODA did knowingly steal, take, and abstract any letter and mail and an article and thing contained therein from and out of mailboxes and addresses in Miami-Dade County in violation of Title 18, United States Code, Section 1708 (Theft or receipt of stolen mail matter generally).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MIGUEL RIVERA, POSTAL INSPECTOR
UNITED STATES POSTAL INSPECTION
SERVICE

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by Facetime this __16th__ day of July, 2021.

_____
HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE