# UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF FLORIDA
### MINUTES - SENTENCING

Case No. 21-20413-CR-KING            Date: September 7, **2022**   Judge James Lawrence King
Defendant: **Alessio Coda**          Defense counsel: Ian McDonald, AFPD.
AUSA:   Michael Brenner for Antoinette Bacon   U.S. Probation: Ana Brzica

**JUDGMENT AND SENTENCE**

|        | YEARS | MONTHS | DAYS | TIME SERVED |
|--------|-------|--------|------|-------------|
| Count I |      |        |      | X           |
| III     |      |        |      | X           |

( ) Defendant given credit for time served
(**X**) CONCURRENT ( ) CONSECUTIVE
(**X**) Assessment $ 200.00
( ) Fine: ( ) none imposed   $0
(**X**) The court orders restitution in the amount of $2,843.05
(**X**) Count remaining  dismissed   II
( ) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|         | YEARS |
|---------|-------|
| Count I | 3     |
| III     | 3     |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement
(**X**) CONCURRENT ( ) CONSECUTIVE ( ) Self Employment Restriction
(**X**) In-Patient Substance Abuse Treatment Program (**X**) Financial Disclosure ( ) Permissible Search
( ) Mental Health Treatment   ( ) IRS Cooperation ( ) Healthcare Business Related Restrictions
(**X**) Unpaid Restitution, fines and special assessment if any;  ( ) 50 hours Community Service ( ) No New Debt Restriction   ( ) Relinquishment of License

**CUSTODY**
( ) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
( ) The court recommends:
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.        ***RIGHT TO AN APPEAL GIVEN OPEN COURT***

- The Court hereby Adopts the R&R and Adjudicate the defendant Guilty as to Counts I and III of the Indictment

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Glenda Powers